# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | **CRIMINAL NO. 1:24-cr-026-KD** |
| | * | |
| **JAMES STEWART** | * | |
| | * | |
| Defendant. | * | |

_____

## MOTION FOR LEAVE TO FILE SEALED DOCUMENT
_____

COMES NOW, Defendant JAMES STEWART, by and through undersigned counsel, and respectfully moves this Honorable Court for leave to file under seal the Unopposed Motion to Postpone Sentencing in the above styled case on the grounds that the Motion contains sensitive information regarding the Defendant. The Defendant further moves that this document be permanently sealed.

Respectfully Submitted this 11th Day of December 2024.

**COUNSEL FOR DEFENDANT:**

*/s/ N. Stewart Hanley*
N. STEWART HANLEY
Attorney at Law
158 Congress Street
Mobile, AL 36603

Tel: (251) 432-5579  
Fax: (251) 415-6294  
Email: NSH@HanleyWeaver.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December 2024, I filed electronically the foregoing with the Clerk of the Court using the E-Filing (CM/ECF) system, which will send notification to all counsel of record. Additionally, on the same date, a copy of the foregoing was served via email on the Assistant United States Attorney for the Southern District of Alabama assigned to this matter.

/s/ N. Stewart Hanley  
N. STEWART HANLEY